FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

2018 DEC 26 PM 3:50

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Provided to Madison C.I. on 12/19/18 for mailing by [initials] Date Legal Mail

James E. Washington; #197574

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Orange County Mayor Theresa Jacobs
City of Orlando Mayor Buddy Dyer
Orlando Police Officer Christopher Brilliant
Orlando Police Officer John Seth James

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 6:18-CV-2206-ORL-41-DCI
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: James Edward Washington
- All other names by which you have been known: Terry Leon Williams
- ID Number: 197574
- Current Institution: Madison Correctional Institution
- Address: 382 S.W. MCI Way
  Madison, Florida 32340

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Theresa Jacobs
- Job or Title (if known): Mayor of Orange County
- Shield Number: N/A
- Employer: Orange County Commission
- Address: 201 S. Rosalind Ave; 5th Floor
  Orlando, Florida 32801

[ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: Buddy Dyer
- Job or Title (if known): Mayor of Orlando
- Shield Number: N/A
- Employer: Municipality of Orlando
- Address: 400 S. Orange Ave.
  Orlando, Florida 32801

[ ] Individual capacity  [x] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Christopher M. Brilliant
Job or Title (if known): Orlando Police Officer
Shield Number: 16077
Employer: City of Orlando
Address: P.O. Box 913; 100 S. Hughey Ave.
Orlando, Florida 32802-0913
City / State / Zip Code
[✓] Individual capacity [✓] Official capacity

Defendant No. 4
Name: John Seth James
Job or Title (if known): Orlando Police Officer
Shield Number: 12869
Employer: City of Orlando
Address: P.O. Box 913; 100 S. Hughey Ave.
Orlando, Florida 32802-0913
City / State / Zip Code
[✓] Individual capacity [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
4th Amendment - Used Stingray device, assistance to surveil and arrest petitioner.
5th Amendment - falsely imprisoned in violation of due process.
6th Amendment - was not provided effective assistance of counsel.
8th Amendment - infliction of cruel and unusual punishment by a K-9 while in custody.
14th Amendment - invention of unconstitutional policy to circumvent Florida and U.S. laws.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. ①Orange County Mayor Theresa Jacobs allowed the police to institute a policy that deprives citizens of the right to obtain body camera video evidence to prove their innocense or contradict the testimony of officers employed in the county in which she is the Mayor. ②Orlando Mayor Buddy Dyer allowed the police to institute a policy that deprives citizens of the right to obtain body camera video evidence to prove their innocense or contradict the testimony of officers employed in the city in which he is the Mayor. ③Officer Brilliant used stingray technology to track Plaintiff to a closed and locked building, installed knife-like dentures into the K-9's mouth before giving it the command to bite. ④Officer James held the Plaintiff down for the K-9 to bite in a location that would have caused a fatal injury, then conveniently eliminated video evidence of police misconduct.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. During the arrest at 5705 La Costa Drive, Orlando Fla, on December 31, 2014, Officer James (12869) decided the defendant should die as punishment for not acknowledging his verbal commands. The body camera video evidence of the incident and the search of the premise was destroyed in violation of state and federal law courtesy an Orlando Police Department unconstitutional policy made up to protect officers engaged in illegal and inappropriate conduct, including tampering with physical evidence.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

*The morning of December 31, 2014 at 5705 La Costa Drive; Orlando, Fla.*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The police uses Stingray technology to unofficially track convicted felons. An anonymous caller associated with or within law enforcement makes a 911 call to report a possible crime to get around the 4th Amend. violation. The police show up to arrest or justifiably kill the suspect. Instead of arresting the plaintiff, the police decided to try to record an official/unofficial state-sponsored execution. The Petitioner survived the assault which necessitated the destruction of the body camera video to protect all officers involved in the assault and the tampering with physical evidence before and after the incident. The four (4) assigned public defenders refused to compel the court to order the police to provide the body camera video. The Petitioner terminated their representation due to their deliberate ineffectiveness. Petitioner was informed during Motion to Compel hearing that the evidence was no longer available. After conviction, Appellate Counsel refused to argue the Brady violation as a point in the Initial Brief of the Direct Appeal as requested. Petitioner filed for a Writ of Habeas Corpus.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The specially designed knife-like dentures Officer Brilliant installed into the K-9's mouth caused extensive nerve and tissue damage during the cuts that went down to the bone at all points of entry. The wounds were just stapled back in place. There is persistant pain that was treated with pain relievers that are no longer provided. The injuries healed improperly, which makes medication necessary to deal with the pain and discomfort. Institutional medical employees are severely limited in treatment options by their supervisors, who are mainly concerned with cutting expenses. I have been told by nurses to not put in for sick-call for the injury because they will only authorize a prescription for Ibuprofen every 3 months for a 30 day supply that only lasts 15 days because the instructions directs taking 2 tablets a day. The Petitioner needs more than they are willing to provide. As of the date of this Complaint, Madison Institution medical personnel refuse to give the requested pain medication nessary to deal with the daily constant pain and discomfort associated with the dog bite injury.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The Petitioner want the court to order the listed Defendants to come together to compensate the Plaintiff for being assaulted by Police officers and maliciously prosecuted in violation of State and Federal law. The Plaintiff prefers to not be forced to go to the media to expose a military surveillance and tracking system designed to intercept terrorists implemented in police departments nationwide to track convicted felons. Individuals closely associated to and within the law enforcement establishment have the apparatus in place to use the same system in an abusive manner to hunt down whoever they want at their discretion. The public defenders' ineffective representation bought enough time for the police to invent a policy to temporarily justify breaking the law. If the body camera video recording had no evidentiary value at all, it would not have been necessary to break the law to destroy a video that could not benefit either side. Contrarily, if the video recorded an attempted murder and several officers tampering with physical evidence as alleged, it would be in the best interest of the police to destroy the evidence incriminating them and damaging the integrity of their organization. The destruction of that body camera video evidence eliminated the ability of the prosecution to provide a fair trial. The Petitioner was obligated to serve a state sentence of 24 months, which ended the month before the September 2016 trial. All the time the Petitioner has served afterwards is a direct result of the prosecution knowingly prosecuting an obvious Brady violation to minimize the opportunity for the Petitioner to seek legal redress for being lynched. This is false imprisonment deserving compensation. I want the court to order the Defendants to pay the Petitioner $135,000 for 2 ½ years of false imprisonment plus pain and suffering.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____

2. What did you claim in your grievance?

_____

3. What was the result, if any?

_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

*The incident happened at the time of arrest and during the prosecution before I was in a state institution. The institutional grievance procedures do not apply.*

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Every lawyer assigned to represent the Petitioner.*

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)
====

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _James E. Washington_
   Defendant(s) _Secretary, Department of Corrections_
   _Attorney General, State of Florida_
2. Court *(if federal court, name the district; if state court, name the county and State)*
   _Middle District of Florida; Orlando, Florida_
3. Docket or index number
   _6:18-cv-01915-GKS-KRS_
4. Name of Judge assigned to your case
   _Senior Judge G. Kendall Sharp_
5. Approximate date of filing lawsuit
   _November 14, 2018_
6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 19, 2018

Signature of Plaintiff: *James E. Washington*
Printed Name of Plaintiff: James E. Washington
Prison Identification #: #197574
Prison Address: Madison Correctional Institution; 382 S.W. MCI Way
Madison, Florida 32340

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

## IV. Statement of Claim (Continuation listing numbered claim and explanation)

**1. 14th Amendment** - Systematic police corruption is a function of political culture and task environment. The political environment that controls the police from the top can corrupt the police or use them for corruption purposes. The Orlando Police Department had to know they had the authority from their superiors to make up a policy that elevates them as a public organization to a level greater than the laws of the state of Florida and the United States constitution. There is no way to justify destroying body camera video recordings in 30 days. The prosecution knew that was a Brady violation, yet, the prosecution continued with the help of my deliberately ineffective public defenders who refused my numerous requests to compel the body camera video recording. They sold me out all the while pretending to help. Mayor Buddy Dyer and Mayor Theresa Jacobs has to assume the responsibility for allowing the Police to become powerful enough to make a policy superceding the law of the state of Florida and the United States constitution with the judicial support in the city and county they govern.

**2. 6th Amendment** - The public defenders' office provided me with four lawyers who refused to compel the court to demand the police provide the body camera video evidence the Petitioner had a right to obtain. They forced the Petitioner to terminate them in order to go Pro Se to compel the court for the body camera video which could have gotten the charges dismissed. They bought enough time for the Police to come up with an excuse to destroy the evidence the Petitioner need for exoneration. Their representation was only a detriment.

**3. 5th Amendment** - The prosecution knew it was unconstitutional for the police to destroy body camera video footage in 30 days, yet, the Petitioner was prosecuted to keep control over the incident until the statue of limitations expired. The public defenders can no longer be sued for malpractice and it's going to be difficult to prosecute the officers. The prosecution violated due process to falsely imprison the Petitioner to protect the officers who tried to execute him in a justifiable way. This confinement is unlawful according to the constitution.

**4. 8th Amendment** - The Petitioner was held down while in custody to allow a dog to bite him with knife-extention dentures inserted in it's mouth. The imprint of that weapon is tatoed in three places on the Petitioner. Officer James decided the Petitioner should die for making them work to arrest him. We were engaged in conversation. He pronounce a judgment and they tried to carry out the sentence in a way they could justify. Officer Brilliant directed that dog's bite toward the lower part of the petitioner's thigh. If the dog's knife-like extentions would have missed the Petitioner's femur, a cut would have severed the femoral artery, causing him to bleed to death in what could be considered a justifiable accident.

**5. 4th Amendment** - Officer Brilliant was tracking me with a cell-site simulator device called a Stingray. He was outside that building before daylight waiting on the Petitioner to come out. He was first on the scene because he created it. No one knew the Petitioner was in a locked building. He had to wait on daylight to have an anonymous caller give them a reason to go into a locked building he knew was occupied. My last three arrests were made courtesy an anonymous caller. That is no coincident!